## DECLARATION OF SERVICE

| Case: 2:25-cv-11790-TGB-APP | Court: United States District Court for the Eastern District of Michigan | County: | Job: 13559134 (1035823) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Alanna Elliot | | **Defendant / Respondent:** Getreliefrx, Inc. | |
| **Received by:** Williams Investigations | | **For:** Proof Serve | |
| **To be served upon:** Getreliefrx, Inc. | | | |

I, Jonathan Matthews , state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Billings, MT.

| | |
|---|---|
| **Recipient Name / Address:** | Connor Smith, Chief of Operations for Getreliefrx, Inc., Getreliefrx, Inc.: 149 Shiloh Road Ste. 7, Billings, MT 59106 |
| **Manner of Service:** | Personal/Individual, Jun 23, 2025, 9:57 am MDT |
| **Documents:** | Summons in a Civil Action; Jury Trial Demand |

**Additional Comments:**
1) Personal/Individual: Jun 23, 2025, 9:57 am MDT at Getreliefrx, Inc.: 149 Shiloh Road Ste. 7, Billings, MT 59106 received by Connor Smith, Chief of Operations for Getreliefrx, Inc..

*[signature]*                                    06/27/2025

Jonathan Matthews                                Date
38209

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-426-0191