**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

ALANNA ELLIOT, individually, and on
behalf of all others similarly situated,

  Plaintiff,             Case No.: 2:25-cv-11790-TGB-APP

v.

GETRELIEFRX, INC.

  Defendant.

_____

**DECLARATION PURSUANT TO STIPULATED PROTECTIVE ORDER**

  I, _____, being duly sworn, declare as follows:

1. My address is _____.
2. My present employer is _____.
3. My present occupation or job description is _____

  I hereby acknowledge that: (i) I have been given a copy of the Stipulated Protective Order ("Protective Order") in the above-referenced case; (ii) I have carefully read the Protective Order; and (iii) I understand and am familiar with the terms of the Protective Order.

  I will comply with all of the provisions of the Protective Order.  I will hold all Confidential Materials disclosed to me, including the substance and any copy, summary abstract, excerpt, index or description, in confidence, and will not disclose such material to anyone not qualified under the Protective Order.  I will not use any Confidential Material disclosed to me for any purposes other than this case.

  I will return all Confidential Material that comes into my possession and all documents and things that I have prepared relating thereto, to counsel for the Party by who I am retained or employed, or from whom I received such material.

- 9 -

I hereby submit to the jurisdiction of the Court for the purpose of enforcement of the Protective Order in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

_____