UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ALANNA ELLIOT, on behalf of herself and others similarly situated,

        Plaintiff,

v.

GETRELIEFRX, INC.,

        Defendant.

Case No.: 2:25-cv-11790-TGB-APP

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias LLP, by Tessa R. Scott, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant, Get Relief RX, LLC, incorrectly named as Getreliefrx, Inc., and requests that all papers, pleadings, notices, orders and other related comments in these proceedings be served upon the undersigned.

Dated: October 23, 2025

**LIPPES MATHIAS LLP**

/s *Tessa R. Scott*
Tessa R. Scott, Esq.
*Attorneys for Defendant*
50 Fountain Plaza, Ste. 1700
Buffalo, NY 14202
P: (716) 853-5100
F: (716)853-5199
E: tscott@lippes.com