**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ALANNA ELLIOT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GETRELIEFRX, INC.<br><br>Defendant. | Case No. 2:25-cv-11790 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATE: September 14, 2026

**PARONICH LAW, P.C.**

*/s/ Anthony Paronich*
Anthony Paronich, Esq.
*Attorneys for Plaintiff*
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
F: (508) 318-8100
E: anthony@paronichlaw.com

**LIPPES MATHIAS LLP**

/s/ *Tessa R. Scott*
Tessa R. Scott, Esq.
Brendan H. Little, Esq.
*Attorneys for Defendant*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: (716) 853-5100
F: (716) 853-5199
E: tscott@lippes.com
blittle@lippes.com